SAMUEL McELROY, Respondent, *v.* THE BROOKLYN UNDER-
GROUND RAILROAD COMPANY, Appellant.

(Argued March 18, 1890; decided April 15, 1890.)

APPEAL from judgment of the General Term of the Supreme
Court in the second judicial department, entered upon an order
made December 12, 1887, which affirmed a judgment in favor
of plaintiff entered upon the report of a referee.

*Henry J. Davison, Jr.,* for appellant.

*T. C. Cronin* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.